**Opinion issued July 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-01099-CV**

————————————

**IN RE EXXON MOBIL CORPORATION, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Exxon Mobil Corporation has filed a petition for writ of mandamus seeking an order directing the trial court to grant its motion for summary judgment.[1]

---

[1] The underlying case is *Dax McGuiness v. Exxon Mobil Corporation*, cause number 2024-28490, pending in the 281st District Court of Harris County, Texas, the Honorable Christine Weems presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot. We withdraw our January 5, 2026 order that granted a stay of trial court proceedings.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.